# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DIVINIA RIGGINS** | : | |
| | : | |
| v. | : | CIVIL ACTION NO 21-3942 |
| | : | |
| **WORKNET OCCUPATIONAL** | : | |
| **MEDICAL INC., ET AL.** | : | |

## ORDER

This 12th day of October, 2021, Plaintiff having filed an Amended Complaint, it is hereby **ORDERED** that Defendants Select Medical Corporation and Worknet Occupational Medical Inc.'s Partial Motion to Dismiss (ECF #4) is **DENIED** as **MOOT**.

    /s/ Gerald Austin McHugh
United States District Judge