# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEVINIA RIGGINS** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 21-3942 |
| | : | |
| **SELECT MEDICAL CORPORATION, ET AL.** | : | |

## O R D E R

This  23rd  day of  September , 2022, it having been reported that the above captioned action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

GEORGE WYLESOL, Clerk of Court

**BY:**          /s/ Patricia Clark          
Patricia Clark
Civil Deputy to Judge McHugh

Copies EMAILED on  9/23/22  to:

cc:

All counsel of record